UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.                                             Case No. 8:09-CV-1811-T-17AEP

BEAU DIAMOND, and
DIAMOND VENTURES, LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 455(a), I find it necessary to disqualify myself from any further proceedings in this case because while employed by the United States Attorney's Office for the Middle District of Florida, I was the assigned government attorney in the criminal matter related to the instant case against Mr. Diamond, and I substantially participated in the drafting of the criminal Complaint against Mr. Diamond in Case No. 8:09-MJ-1334-EAJ. The Clerk is directed to reassign this case to another magistrate judge.

IT IS SO ORDERED at Tampa, Florida on September 4, 2009.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge